COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CANTOR ENTERPRISES, INC. dba CALIFORNIA WATERSPORTS; CANTOR WATERSPORTS ENTERPRISES LLC; and JOSHUA D. CANTOR, individual, as owners or managers of 2019, 11' Yamaha Waverunner Model VX, H.I.N. YAMA2564l819, CA State Registration No. CF2514VR and 2019, 11' Yamaha Waverunner Model _VX, H.I.N. YAMA2572L819, CA State Registration No. CF3516 VR<br><br>Plaintiffs-in-Limitation | Case No.: 20cv326-BEN (BGS)<br><br>IN ADMIRALTY<br><br>ORDER OF INJUNCTION AND MONITION |

WHEREAS a Complaint having been filed herein on the 20th day of February, 2020, pursuant to 46 U.S.C. § 30501, *et seq.*, 28 U.S.C. § 1333, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), by Plaintiffs-in-Limitation CANTOR ENTERPRISES, INC. doing business as CALIFORNIA WATERSPORTS (hereinafter referred as "California Watersports") CANTOR WATERSPORTS ENTERPRISES LLC, and JOSHUA D. CANTOR (collectively referred to as "Plaintiffs-in-Limitation"), in their respective capacities as owners of 2019, 11' Yamaha Waverunner Model VX, Hull Identification Number YAMA2564l819, CA State Registration No. CF2514VR ("Jet Ski 1") and 2019, 11' Yamaha Waverunner Model VX, Hull Identification Number YAMA2572L819 and CA State Registration No. CF3516 VR ("Jet Ski 2") praying for exoneration from or limitation of liability in connection with a collision between the two Jet Skis in Agua Hedidondo Lagoon in Carlsbad, California, which occurred on or about August 18, 2019, and for certain other relief;

WHEREAS the Complaint states the alleged facts and circumstances upon which said exoneration and/or limitation are claimed under the aforementioned statutes and rules;

WHEREAS the Complaint having stated that the value of Plaintiffs-in-Limitation's interest in the Jet Skis does not exceed the sum of **$10,924.72** on the date of the Incident;

WHEREAS Plaintiffs-in-Limitation have filed with the Court an Ad Interim Security dated February 24, 2020, for the benefit of any and all Claimants, with surety, equal to the amount or value Plaintiffs-in-Limitation's interest in the Jet Skis, with interest at six percent (6%) per annum from the date hereof, executed by ACE American Insurance Company, as the Jet Skis' insurer;

WHEREAS, claims have been made and/or will be made against the Plaintiffs-in-Limitation and against the Jet Skis for death, injury and/or damages allegedly arising from or in consequence of the incident on or about August 18, 2019; and

WHEREAS Plaintiffs-in-Limitation have applied for an order of injunction and monition pursuant to Rule F(3) and (4) of the Supplemental Admiralty Rules;

Now, on Plaintiffs-in-Limitation's application, and good cause appearing thereon, IT IS HEREBY ORDERED;

That the above-described Ad Interim Security in the sum of **$10,924.72** with interest as aforesaid, filed by Plaintiffs-in-Limitation for the benefit of any and all Claimants as security representing Plaintiffs-in-Limitation's interest in the Jet Skis, is hereby approved;

That the Court, only upon motion and good cause shown, shall cause appraisement of the value of the Jet Skis and may thereupon order the security increased or reduced if it finds the amount thereof insufficient or excessive;

That any Claimant in these proceedings may express, only upon good cause shown and by written notice filed with the Court and served upon all parties of record, its dissatisfaction with ACE American Insurance Company as surety. In this event, Plaintiffs-in-Limitation shall within a reasonable period of time set by this Court, by an order by this Court concerning the surety, cause security to be posted in the form provided by Supplemental Admiralty Rule F(1) of the Federal Rules of Civil Procedure and satisfactory to this Court failing which the injunction entered concurrently herewith will be vacated as to all Claimants, and the Court will make such further orders as to the justice of the cause may require;

That pursuant to Rule F(3) of the Supplemental Admiralty Rules, all claims, suits, and proceedings against Plaintiffs-in-Limitation or Plaintiffs-in-Limitation's property with respect to the matter in question, shall cease;

That pursuant to Rule F(4) of the Supplemental Admiralty Rules, notice shall issue out of and under the seal of this Court in the form attached hereto entitled "Notice of Complaint for Exoneration From or Limitation of Liability," to all persons asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims, if at all, with the Clerk of the Court, in writing, and to serve on the attorneys for Plaintiffs-in-Limitation a copy thereof on or before **May 18, 2020**, or be defaulted; and that if any Claimant desires to contest either the right to Exoneration from, or the right to Limitation of, Liability, such Claimant shall file and served upon attorneys for Plaintiffs-in-Limitation an Answer to the Complaint on or before said date, unless the claim has included an answer to the Complaint, so designated, or be defaulted;

The such public notice shall be published in the San Diego Union-Tribune, and that such notice shall be published once a week for four (4) consecutive weeks prior to the date fixed for filing claims; and

The Plaintiffs-in-Limitation shall, not later than the day of the second publication, also mail a copy of the notice to every person known to have made any claim against Plaintiffs-in-Limitation or the Jet Skis arising out of the alleged incident, voyage, or trip on or out of which the claims sought to be limited arose.

That continued prosecution of any and all suits, actions, or proceeding of any nature and description whatsoever in any Court of any jurisdiction, or otherwise, against the Jet Skis, and their owners and managers, and the taking of any steps and the making of any motion in such actions, suits or proceedings except in this action, to recover damages arising out of, or occasioned by, or consequent upon the aforesaid incident alleged in the Complaint, be and they hereby are restrained, stayed and enjoined until the hearing and determination of this action, and all warrants or arrest and/or attachment issues or sought in such other suits, actions or

4
ORDER OF INJUNCTION AND MONITION

legal proceedings be and the same are hereby dissolved and further warrants of arrest and/or attachment are hereby prohibited;

That the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said Complaint seeks limitation or exoneration.

IT IS SO ORDERED.

Dated: March 19, 2020

U.S. District Judge

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017