

FILED
OCT 28 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CANTOR ENTERPRISES, INC. et al., | Case No.: 3:20-cv-00326-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ANSWER**<br><br>[DOC. 37] |

    This matter comes before the Court on the Parties' Joint Motion for Leave to File First Amended Complaint and Answer by Claimant The Roof Masters, Inc. ECF No. 37. The Court finds good cause exists to grant the Joint Motion and hereby ORDERS:

1. Claimant The Roof Masters, Inc. is granted leave to amend to file their First Amended Claim and Answer attached to the Joint Motion as Exhibit "B."
2. The Parties' responsive pleading shall be due fourteen (14) days after the First Amended Claim and Answer is filed.
3. The First Amended Claim and Answer is deemed filed as of the date this Order is transmitted via the CM/ECF system.
4. The Parties shall not be required to answer the First Amended Claim and Answer, any new matter in the amended claim is deemed controverted, and all

denials, responses and affirmative defenses shall be responsive to the amended claim and answer, unless the parties choose to file a response within the timeframe to do so.

**IT IS SO ORDERED.**

Date: October 27, 2020

HON. ROGER T. BENITEZ
United States District Judge